IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERBERT C.P. HAAK, III | : | CIVIL ACTION |
| v. | : | |
| MARDI I. VINCENT, et al. | : | NO. 07-2161 |

**ORDER**

AND NOW, this 15 day of Feb 2008, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
BERLE M. SCHILLER,         J.